UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| **CHARLES RUSLAVAGE AND MARIO SENECA, individually and for others similarly situated,** | § | **DOCKET NO. 2:17-cv-01598-MJH** |
| **Plaintiff,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **v.** | § | |
| | § | **CLASS/COLLECTIVE ACTION** |
| **PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC.** | § | **PURSUANT TO 29 U.S.C. § 216(b)/ FED. R. CIV. P. 23** |
| **Defendant.** | § | |

**NOTICE OF FILING NOTICE OF CONSENT**

Plaintiff hereby submits the attached notices of consent:

1. Acheson, Dean E
2. Barber, Christopher W
3. Barwatt, Thomas M
4. Batko, Raymond T
5. Blumer, George L
6. Dupree, Kelly
7. Fain, Lawrence
8. Haigh, Eileen
9. Kefalas, Douglas S
10. Knoer, Charles W
11. Laverty III, Glenn S
12. Lipscomb, James E
13. Magrino, Joseph A
14. Mattern, David A
15. Matthews, Rodney
16. Mcfarling, Douglas W
17. Null, Andrew R
18. Ockenhouse, Patrice D
19. Pearson, Bridal
20. Perkowski, John B
21. Sarnocinski, Joseph A
22. Sebetich, Ted
23. Vermillion, Rusty
24. Wolf III, Karl L
25. Wright Jr, Harry E

Respectfully submitted,

*/s/Michael A. Josephson*
**Michael A. Josephson**
State Bar No. 24014780
Pennsylvania Bar No. 308410
**Andrew W. Dunlap**
State Bar No. 24078444
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com

**AND**

**Richard J. (Rex) Burch**
Texas State Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**AND**

**Joshua P. Geist**
PA. I.D. No. 85745
**Goodrich & Geist, P.C.**
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on November 9, 2018.

*/s/Michael A. Josephson*
Michael A. Josephson

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

FOR OFFICIAL USE ONLY

373

**IMPORTANT LEGAL MATERIALS**

0000001243

- UAC -599

***** PRESORTED
DEAN E ACHESON

# CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: DEAN ACHESON

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: Dean E Acheson Date Signed: 11 / 01 / 2018

EXHIBIT 1

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

378 ) 1 of 1

**IMPORTANT LEGAL MATERIALS**

- UAC -201

***** PRESORTED
CHRISTOPHER W BARBER

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: CHRISTOPHER W. BARBER

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: [signature] Date Signed: 10/28/2018

EXHIBIT 2

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

**IMPORTANT LEGAL MATERIALS**

FOR OFFICIAL USE ONLY

355

0 0 0 0 0 1 1 9 0 7

- UAC -980

***** PRESORTED
THOMAS M BARWATT

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: Thomas M. Barwatt

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: Thomas M. Barwatt Date Signed: 10 / 28 / 2018

EXHIBIT 3

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 4 3 0 3 8

- UAC -1278

FOR OFFICIAL USE ONLY

354

e 1 of 1

***** PRESORTED
RAYMOND T BATKO

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: RAYMOND T. BATKO

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: Raymond T. Batko Date Signed: ____ / ____ / ______

EXHIBIT 4

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

FOR OFFICIAL USE ONLY

369

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 0 7 5 8 0

- UAC -815

***** PRESORTED
GEORGE L BLUMER

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: GEORGE L. BLUMER

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: George L. Blumer Date Signed: 10 / 30 / 2018

EXHIBIT 5

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

FOR OFFICIAL USE ONLY

370

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 5 6 9 4 6

- UAC -8822

***** PRESORTED
KELLY DUPREE

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: KELLY DUPREE

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: [signature] Date Signed: 10/29/2018

EXHIBIT 6

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

**IMPORTANT LEGAL MATERIALS**

FOR OFFICIAL USE ONLY

379 ge 1 of 1

0000074223

- UAC -7300

***** PRESORTED
LAWRENCE FAIN

# CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: Lawrence Fain

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: Lawrence Fain Date Signed: 10/22/2018

EXHIBIT 7

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

FOR OFFICIAL USE ONLY

366

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 4 5 6 2 9

- UAC -7564

***** PRESORTED
EILEEN HAIGH

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: ______________________________

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: Eileen Haigh ______________ Date Signed: 10 / 20 / 2018

EXHIBIT 8

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 7 4 0 0 1

- UAC -4109

FOR OFFICIAL USE ONLY

367

ge 1 of 1

***** PRESORTED
DOUGLAS S KEFALAS

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: Douglas S. Kefalas

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: [signature] Date Signed: 11 / 01 / 2018

EXHIBIT 9

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

FOR OFFICIAL USE ONLY

365 e 1 of 1

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 3 1 8 5 1

- UAC -684

***** PRESORTED
CHARLES W KNOER

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: CHARLES W. KNOER

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: CHARLES W. KNOER Date Signed: 10 / 30 / 2018

EXHIBIT 10

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 2 1 2 4 1

- UAC -3917

FOR OFFICIAL USE ONLY

359

ge 1 of 1

***** PRESORTED
GLENN S LAVERTY III

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: Glenn S. Laverty III

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: [signature] Date Signed: 10 / 28 / 2018

EXHIBIT 11

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 4 7 4 0 1

- UAC -558

FOR OFFICIAL USE ONLY

360

: 1 of 1

***** PRESORTED
JAMES E LIPSCOMB

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: JAMES LIPSCOMB

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: [signature] Date Signed: 10/26/2018

EXHIBIT 12

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 1 4 1 4 4

- UAC -278

FOR OFFICIAL USE ONLY

375

e 1 of 1

***** PRESORTED
IOSEPH A MAGRINO

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: JOSEPH A MAGRINO

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: Joseph A Magrino Date Signed: 11/01/2018

EXHIBIT 13

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

FOR OFFICIAL USE ONLY

376

**IMPORTANT LEGAL MATERIALS**

0000092470

- UAC -8694

***** PRESORTED
DAVID A MATTERN

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: David A. Mattern

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: David Mattern Date Signed: 10/26/2018

EXHIBIT 14

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 7 1 0 9 3

- UAC -8731

***** PRESORTED
RODNEY MATTHEWS

FOR OFFICIAL USE ONLY

374

ge 1 of 1

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: Rodney Burnard Matthews

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: Rodney Bernard Matthews Date Signed: 10 / 09 / 2016

EXHIBIT 15

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 6 3 7 5 3

- UAC -4426

FOR OFFICIAL USE ONLY
362

ge 1 of 1

***** PRESORTED
DOUGLAS W MCFARLING

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: Douglas W McFarling

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: [signature] Date Signed: 10 / 29 / 2018

EXHIBIT 16

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

FOR OFFICIAL USE ONLY

363

e 1 of 1

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 5 5 7 0 3

- UAC -284

***** PRESORTED
ANDREW R NULL

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: Andrew Robert Null

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: [signature] Date Signed: 10 / 29 / 2018

EXHIBIT 17

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 0 9 0 4 1

FOR OFFICIAL USE ONLY
352

- UAC -6787

***** PRESORTED
PATRICE D OCKENHOUSE

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: PATRICE OCKENHOUSE

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: Patrice Ockenhouse Date Signed: 10 / 28 / 2018

EXHIBIT 18

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

FOR OFFICIAL USE ONLY

364 ;e 1 of 1

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 4 2 9 9 4

- UAC -1008

***** PRESORTED
BRIDAL PEARSON

# CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: BridAl PeArson

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: Bridal Pearson Date Signed: 10/31/2018

EXHIBIT 19

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

FOR OFFICIAL USE ONLY

371

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 1 5 8 9 9

- UAC -2614

***** PRESORTED
JOHN B PERKOWSKI

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: John B. Perkowski

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: John B. Perkowski Date Signed: 10 / 31 / 2018

EXHIBIT 20

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

FOR OFFICIAL USE ONLY

377 ge 1 of 1

**IMPORTANT LEGAL MATERIALS**

- UAC -8154

***** PRESORTED
JOSEPH A SARNOCINSKI

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: Joseph A. Sarnocinski

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: Joseph A Sarnocinski Date Signed: 11 / 01 / 2018

EXHIBIT 21

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 0 1 2 0 5

- UAC -677

FOR OFFICIAL USE ONLY

358

***** PRESORTED
TED SEBETICH

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: TED SEBETICH

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: [signature] Date Signed: 10 / 23 / 2018

EXHIBIT 22

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 4 6 4 6 6

- UAC -323

***** PRESORTED
RUSTY VERMILLION

FOR OFFICIAL USE ONLY

353

# CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: Rusty Vermillion

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: [signature] Date Signed: 10 / 30 / 2018

EXHIBIT 23

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

FOR OFFICIAL USE ONLY

368

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 3 3 4 1 1

- UAC -4238

***** PRESORTED
MR KARL L WOLF III

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: KARL WOLF III

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: Karl L. Wolf III Date Signed: 10 / 29 / 2018

EXHIBIT 24

Minimum Wage Lawsuit Against PIAA
JOSEPHSON DUNLAP
C/O Rust Consulting, Inc - 6248
PO Box 108
Minneapolis, MN 55440-0108

FOR OFFICIAL USE ONLY

372

**IMPORTANT LEGAL MATERIALS**

0 0 0 0 0 0 0 6 1 1

- UAC -3124

***** PRESORTED
HARRY E WRIGHT JR

P1
T14

## CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST PIAA

Printed Name: HARRY E. WRIGHT JR.

1. I hereby consent to join the collective action lawsuit filed against the Pennsylvania Interscholastic Athletic Association, Inc. ("PIAA"), to pursue my claims for unpaid minimum wages during the time that I worked as a sports official in the sports of Football, Basketball, Baseball or Boys Lacrosse within the past three (3) years.
2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.
3. I designate the law firms and attorneys at JOSEPHSON DUNLAP, BRUCKNER BURCH PLLC, and GOODRICH & GEIST, P.C. as my attorneys to prosecute my minimum wage claims.
4. I consent to having the class representatives, Charles Ruslavage and Mario Seneca, and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

Signature: Harry E. Wright Jr. Date Signed: 10/31/2018

EXHIBIT 25