UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| **CHARLES RUSLAVAGE, AND MARIO SENECA** individually and for others similarly situated, | § § § § § | DOCKET NO. 2:17-cv-01598-MJH |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| | § § | CLASS/COLLECTIVE ACTION |
| **PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, INC.** | § § § § | PURSUANT TO 29 U.S.C. § 216(b)/ FED. R. CIV. P. 23 |
| | § § | |
| Defendant. | § | |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT AND DISMISS LAWSUIT WITH PREJUDICE

Having considered the Plaintiffs' Unopposed Motion to Approve Collective Action Settlement and Dismiss Lawsuit With Prejudice, the Court is of the opinion that it should be GRANTED.

It is therefore ORDERED that the Parties' Settlement Agreement is APPROVED.

It is further ORDERED that this case and all claims asserted in this case by all Plaintiffs and Opt-in Plaintiffs are DISMISSED.

_July 4, 2019_
Date

_Marilyn J. Horan_
United States District Judge